```
                                                              1

 1           IN THE UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MINNESOTA

 3              COURT FILE NO.: 03-3295

 4   PEGGY MARIE SCHMITT,            )

 5              Plaintiff,           )

 6     vs.                           )

 7   CHASE MANHATTAN BANK, NA, et al )       COPY

 8              Defendants.          )

 9        The deposition of WILLIAM STOCKDALE, called

10   by the Defendant for examination, taken pursuant

11   to notice, agreement and by the provisions of the

12   Rules of Civil Procedure for the United States

13   District Courts pertaining to the taking of

14   depositions, taken before SANDRA DRECHSLER, CSR

15   No. 84-1676, a Notary Public within and for the

16   County of Cook, State of Illinois, and a

17   Certified Shorthand Reporter of said State, at

18   Chicago O'Hare Hilton, Superior Room, Chicago,

19   Illinois, on the 23rd of March, 2005, at 12:37

20   p.m.

21

22

23

24
```

Exhibit I

26

1  isn't it, that not all the information that is
2  supplied to Trans Union in monthly metro tape
3  reports is placed in Trans Union's file on that
4  consumer?
5       MR. CENTO: Objection. Vague and ambiguous.
6       THE WITNESS: Correct.
7  BY MR. GOOLSBY:
8     Q   So then it would also be true that not
9  all of the information supplied to Trans Union in
10 the monthly metro tape reports shows up on a
11 consumer disclosure, right?
12      MR. CENTO: Same objection.
13      THE WITNESS: The data that was rejected
14 because example such as if a record came in as a
15 commercial account that caused rejection or if it
16 was a record that was outside the FRCA rules
17 meaning that there was derogatory information on
18 that record and we can't put it on our file
19 because it's older than seven years, those would
20 not be disclosed because we did not place it on
21 the credit report.
22 BY MR. GOOLSBY:
23    Q   A consumer disclosure shows the
24 consumer what's in his or her file at Trans

27

1  Union, right?
2     A   Yes.
3     Q   Okay. And I think I asked you this
4  yesterday, too, and I apologize because I don't
5  remember the answer. But is it true that
6  furnishers sometimes provide more information
7  than Trans Union will put in its file on a
8  consumer? And I'm distinguishing it from
9  information that's rejected because it's not
10 consumer information, it's commercial, it's on a
11 commercial account, or it's rejected because it's
12 outside of the FRCA; I'm just talking about
13 superfluous extra information that's more than
14 Trans Union reports.
15      MR. CENTO: Same objection.
16      THE WITNESS: There's information that is
17 reported by the furnisher that can be used for
18 matching criteria but would not be placed on a
19 credit report.
20 BY MR. GOOLSBY:
21    Q   Is that the only kind of information
22 that would not be placed on a credit report that
23 we haven't already talked about that you're aware
24 of?

28

1     A   That I'm aware of, yes.
2     Q   Can you take a look, please, again at
3  the November 2003 name scan?
4     A   Page number?
5     Q   TU 268. And again at trade line 11,
6  specifically where it says VI equals M. Do you
7  see where I am?
8     A   Yes.
9     Q   Miss Romanowski testified this morning
10 that that stands for manually frozen. Do you
11 agree with that?
12    A   Yes.
13    Q   But she didn't know exactly -- she
14 wasn't able to answer all my questions about that
15 field. Do you know what it means when an
16 account -- when a trade line has an M in the VI
17 field for manually frozen?
18    A   Manually frozen is an indicator that's
19 used by our consumer relations department. It's
20 to -- it's used to protect the field from being
21 updated by any additional information, so the
22 credit granter has confirmed a change to that
23 field and we don't want any account receivable
24 information that's coming through their automated

29

1  tape that may be in process, because we are in a
2  batch process at that time, so consumer relation
3  is -- they are in a real time application, so
4  they are working with the consumer and the credit
5  granter to make a change to that trade, and if
6  that change is made we want to make sure that
7  there's not a process going on in the batch world
8  because we're not in an on-line application
9  there; we're actually in the midst of processing
10 information, either at the furnisher level or at
11 Trans Union level. We don't want it to go and
12 overlay any changes that were made to the field,
13 so that's what a freeze means.
14    Q   Okay. So if there's a manual freeze
15 like we see here, does that mean that as long as
16 that freeze is on the account that account
17 subsequent metro tape reporting isn't going to
18 change the account?
19    A   That would be a question that I would
20 ask somebody from consumer relations. I'm not
21 sure if there's some fields that still may be
22 allowed to be updated, but I know critical fields
23 that we cannot have overlaid is why the freeze is
24 there, but I'm not sure if there are fields that

**Page 34**

1  that the deposition, but...
2     MR. GOOLSBY: I would say that that is E
3  procedures, because --
4     MR. CENTO: You asked about disputes, right?
5     MR. GOOLSBY: I asked not how they handled
6  the disputes, but if they keep a tally of them,
7  the purposes being to know if that furnisher is
8  available.
9     MR. CENTO: I will let him answer that one
10 question, if he knows the answer. That's more of
11 a consumer relations.
12 BY MR. GOOLSBY:
13    Q    Again, the question is, do you keep a
14 tally by furnisher of how many disputes Trans
15 Union receives from consumers?
16    A    I know they keep a tally of disputes.
17 I don't know how that tally is broken out or
18 counted, but I do know that they keep track of
19 disputes. That's outside of my area of
20 responsibility. You'd have to check with
21 consumer relations.
22    Q    Do you know when Trans Union started
23 keeping such a tally?
24    A    Again, that's outside of my area. I

**Page 35**

1  do not know.
2     Q    So I take it then you don't know for
3  any given period of time how many disputes Trans
4  Union received from consumers with respect to
5  First USA or Bank One accounts?
6     A    No, I don't.
7     Q    Trans Union monitors trends in
8  furnisher's reporting, correct?
9     A    Yes.
10    Q    So in other words, if there is a
11 sudden jump in the number of accounts that a
12 furnisher is reporting as, say deceased, that
13 would raise a flag for Trans Union, right?
14    A    Yes.
15    Q    When did Trans Union start doing that?
16    A    It's been a long time. I want to say
17 approximately around 1991 or 1992 that program
18 was put in place.
19    Q    So since you have been with Trans
20 Union, but before you were -- before you took
21 your current position?
22    A    Yes.
23    Q    Do you know if there has ever been a
24 red flag for First USA or Bank One?

**Page 36**

1     A    No, I don't.
2     Q    How about for Herbergers?
3     A    I don't.
4     Q    Have you ever had to have a partnering
5  session with First USA or Bank One to facilitate
6  their proper reporting?
7     A    We have conducted audits with Bank
8  One, but they are just normal course of business.
9  It's not because anything was wrong or there were
10 any errors with their data; it was just the
11 normal course of business. It's just a good
12 thing to do with a customer that large.
13    Q    Okay. And I understand that there's
14 audits, and have a few questions for you about
15 that in a moment, but I want to talk about what I
16 understand is Trans Union's procedure -- well,
17 you talked yesterday about FDR, which applies to
18 this case as well, and you mentioned three
19 specific instances where you had to partner with
20 FDR when they weren't doing something right. Do
21 you remember that?
22    MR. CENTO: I'm going to object again. This
23 is beyond the scope of what he's here to testify
24 about. None of this fits into any of the

**Page 37**

1  categories. You have not -- he's not been
2  ordered to come here and testify about any
3  particular furnisher or their accuracy or
4  anything like that, and none of that is I think
5  could be included in either one of these really
6  two categories that are open, so I'm going to
7  instruct him not to answer.
8        It's not what you asked the court to
9  order and that's not what they ordered. So he's
10 not prepared to talk about any particular
11 furnisher, including FDR or Chase or any of them.
12    MR. GOOLSBY: Can we go off the record for a
13 moment, please?
14       (Discussion off the record.)
15 BY MR. GOOLSBY:
16    Q    You mentioned audits that Trans Union
17 does. When does Trans Union do those?
18    A    Our goal is to audit customers on an
19 annual basis.
20    Q    And does that actually happen?
21    A    No. They are very intense. They may
22 be once every 24 months because it's, you have to
23 get schedules together and it takes about three
24 months to actually gather and do the audit